IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02884-BNB

WILLIAM J. RIST,

    Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, Eastern Colorado HCS,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 14 2009

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 14, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02884-BNB

William J. Rist
12316 Country Meadows Drive
Parker, CO 80134

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/14/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk