IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02884-CMA-MEH

WILLIAM J. RIST,

    Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, EASTERN COLORADO HCS,

    Defendant.

### MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 21, 2009.**

    Plaintiff's Motion to Exclude the VA Office of Regional Counsel from court appearances [filed December 17, 2009; docket #6] is **denied** as premature. There has yet been no appearance by the Defendant in this action.