IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02884-CMA-MEH

WILLIAM J. RIST,

      Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, EASTERN COLORADO HCS,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 18, 2010.**

      Plaintiff's Request for Relief [filed February 16, 2010; docket #21] is **denied without prejudice**. The Plaintiff asserts that Defendant has "exceeded the time required according to the Fed. R. Civ. P. 26(f) meeting," but fails to articulate the relief he seeks from the Court.