IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02884-CMA-MEH

WILLIAM J. RIST,

    Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, EASTERN COLORADO HCS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 19, 2010.**

    The Plaintiff's Motion for Independent JAG Mediator [filed April 19, 2010; docket #40] is **denied**. As explained to the Plaintiff at this morning's Scheduling Conference, the Court has no power to appoint a private mediator to a case filed in this district.