IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02884-CMA-MEH

WILLIAM J. RIST,

    Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, EASTERN COLORADO HCS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 6, 2010.**

    The Plaintiff's Motion to Abate [filed May 5, 2010; docket #47] is **denied without prejudice**. The word "abate" may mean "lessen" or "put an end to." It is unclear from Plaintiff's motion whether he seeks an order dismissing the case or requests that the Court take some other action. Therefore, the Plaintiff may re-file the motion further explaining his request for relief.