IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02884-CMA-MEH

WILLIAM J. RIST,

     Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, EASTERN COLORADO HCS,

     Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 12, 2010.**

     The Plaintiff's Request for Relief [filed May 10, 2010; docket #50] is **denied without prejudice**. The Plaintiff requests "extended time for '85 Progress Notes' to be amended which was received by the Department of Veterans Affairs, Eastern Colorado HCS, on May 4, 2010." It is the Court's understanding that "85 Progress Notes" are medical records. The Plaintiff does not explain, and the Court has found no reference to, any court-imposed deadline for the amendment of medical records in this case. Therefore, the Plaintiff may re-file the motion explaining under which rule and/or court-imposed deadline from which he seeks relief.