IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02884-CMA-MEH

WILLIAM J. RIST,

    Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, EASTERN COLORADO HCS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 12, 2010.**

    The Plaintiff's Request for Monetary Relief [filed May 11, 2010; docket #52] is **denied without prejudice**. The Plaintiff requests "that the court allow for monetary losses," which he proceeds to describe in his motion. To the extent the Plaintiff wishes to amend his Amended Complaint to add these additional claims for relief, he must move the Court pursuant to Fed. R. Civ. P. 15 and attach to the motion a proposed Second Amended Complaint.