IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02884-CMA-MEH

WILLIAM J. RIST,

    Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, EASTERN COLORADO HCS,

    Defendant.

---

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 20, 2010.**

    Plaintiff's Motion to Dismiss [filed May 13, 2010; docket #56] is **denied without prejudice**. Through the motion, the Plaintiff "request [sic] that the court allow additional time for the Department of Veteran Affairs, Eastern Colorado HCS, to make a decision for an amendment of '85 Progress Notes, that was filed on May 4, 2010." Plaintiff also asserts that he "would like to request the court place a hold on dismissal."

    There is no request by the Plaintiff for dismissal of this action in the motion. However, the Court ordered the Plaintiff to file a response to Defendant's pending motion to dismiss on or before May 14, 2010. Thus, the Court is uncertain whether the present "motion" is Plaintiff's response to the pending motion or is a separate request for Court action.

    Pursuant to D.C. Colo. LCivR 7.1C, "[a] motion shall not be included in a response or reply to the original motion." Also, pursuant to D.C. Colo. LCivR 6.1D, "[a]ny motion for extension of time shall state the reason an extension is required, state a *date certain* for the requested extension of time, and state the total number of extensions previously granted" (emphasis added).

    Consequently, to the extent that the Plaintiff seeks an extension of time, he may file a motion pursuant to D.C. Colo. LCivR 6.1. In addition, to the extent that the Plaintiff sought to respond to the pending motion to dismiss through the present motion, he may re-file a separate "response" to the motion to dismiss **on or before May 25, 2010**. No further extensions of time for response to the pending motion to dismiss shall be granted absent exceptional cause.