IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02884-CMA-MEH

WILLIAM J. RIST,

    Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, EASTERN COLORADO HCS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 20, 2010.**

    Plaintiff's Motion to Remove [filed May 18, 2010; docket #58] is **denied without prejudice**. Although the Plaintiff asserts that he has a "personal right" to seek an amendment of his "85 Progress Notes," he provides no support nor argument as to why the Court should "remove" (or disqualify) regional counsel from this case. *See* D.C. Colo. LCivR 7.1C ("a motion involving a contested issue of law shall state under which rule or statute it is filed and be supported by a recitation of legal authority incorporated into the motion").