IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02884-CMA-MEH

WILLIAM J. RIST,

    Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, EASTERN COLORADO HCS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 12, 2010.**

    Plaintiff's Request to Amend Amended Complaint [filed July 7, 2010; docket #65] is **denied without prejudice**. Pursuant to Fed. R. Civ. P. 15(a), the Court should "freely give leave [to amend] when justice so requires." However, the Plaintiff has provided no reason nor justification for his request, nor has he attached a proposed second amended complaint to the motion. Consequently, the Court has no way to determine whether "justice so requires." Moreover, the motion is filed well after the deadline for amendment of pleadings set forth in the Scheduling Order, but contains no reference to Plaintiff's obligations under Fed. R. Civ. P. 6(b). Finally, the motion fails to comply with D.C. Colo. LCivR 7.1C ("... a motion involving a contested issue of law shall state under which rule or statute it is filed and be supported by a recitation of legal authority incorporated into the motion"). On or before July 21, 2010, the Plaintiff may re-file the motion correcting the stated deficiencies.