IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02884-CMA-MEH

WILLIAM J. RIST,

    Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, EASTERN COLORADO HCS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 19, 2010.**

    The Plaintiff's Request [Motion] to Amend Amended Complaint [filed October 18, 2010; docket #86] is **denied without prejudice**. Pursuant to Fed. R. Civ. P. 15(a), the Court "should freely give leave when justice so requires." However, the Plaintiff fails to articulate any new claims or parties he seeks to add (or delete) and fails to explain how any new facts may apply to his existing claims. Moreover, Plaintiff has failed to attach a proposed Second Amended Complaint. Thus, the Court has no basis upon which to determine whether "justice so requires."

    In addition, the Court notes that Plaintiff's certificate of service fails to identify the Defendant as a party upon whom the motion must be served as required by Fed. R. Civ. P. 5(d).