IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02884-CMA-MEH

WILLIAM J. RIST,

    Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, EASTERN COLORADO HCS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 27, 2010.**

    In light of the settlement of this matter, the Defendant's Motion to Dismiss [filed March 25, 2010; docket #31] is **denied without prejudice as moot**. The parties shall file dismissal papers with the Court on or before November 12, 2010.