IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02884-CMA-MEH

WILLIAM J. RIST,

   Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, EASTERN COLORADO HCS,

   Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2010.**

   The Stipulated Motion to Dismiss [filed November 12, 2010; docket #91] is **denied without prejudice**.  Neither of the parties signed the motion,[1] which is in contravention of Fed. R. Civ. P. 11 ("[e]very pleading, written motion, and other paper must be signed by at least one attorney or record in the attorney's name – or by a party personally if the party is unrepresented.").

---

   [1]The Plaintiff signed the certificate of service attached to the motion, which merely certifies that he served the motion in compliance with Fed. R. Civ. P. 5(d).