IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02884-CMA-MEH

WILLIAM J. RIST,

    Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, Eastern Colorado HCS,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the Stipulated Motion To Dismiss (Doc. # 96) signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE.

DATED:  December __07__, 2010

                                                  BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Court Judge